01/02/2008 16:16 FAX 212 686 1544          MARGOLIS & TISMAN LLP                            ☒002



**MARGOLIS & TISMAN LLP**
Attorneys at Law

280 Madison Avenue, 5th Floor
New York, NY 10016, USA

Phone: (212) 213-5800  |  www.winlaw.com
Fax:   (212) 686-1544  |

January 2, 2008

*Endorsement*

Defendants' time to answer or move with respect to the complaint is extended until January 22, 2008. So Ordered.

[signature]
USDJ
1/14/08

**BY FAX**

Hon. Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007-1312

Re:  Marian MH Chow v. MetLife, Quinn Chan and Lily Shao
     07cv-8694 (NRB)

Dear Judge Buchwald:

   We represent all of the defendants in this *pro se* action. We were retained today by the individual defendants who were served with the summons and complaint, and whose response to the complaint is due today. Defendant MetLife, Inc. ("MetLife") has not yet been served.

   We write to request an extension of time to respond to the complaint on behalf of the individual defendants to March 3, 2008. MetLife will sign a Waiver of Service Summons form (Form A0399) under which its time to respond will be March 3.

   Immediately after we were retained by the individual defendants, I placed a call to Ms. Chow, to offer to accept service on behalf of MetLife and to seek an extension of time for the individual defendants so that the date for all defendants to respond to the complaint would be the same. I have been unable to reach Ms. Chow.

   Because of the imminent deadline, we ask that Your Honor grant the requested extension for the individual defendants. No previous request for an extension has been made.

Respectfully,

[signature]
Stephen E. Tisman

cc: Ms. Marian Chow, *pro se* (By Express Mail)

LOS ANGELES    ::    NEW YORK    ::    SAN FRANCISCO