UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIAN M.H. CHOW,

                Plaintiff,

   - against -

MET LIFE, QUINN CHAN and LILY SHAO,

               Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 8694 (NRB)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**XX  SETTLEMENT - MEDIATION**

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: \_\_\_\_

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:  New York, New York
          April 11, 2008

*Please see soon as it took a very long time to find a lawyer to represent the plaintiff for settlement only*

**NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE**