```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIAN MH CHOW,

                    Plaintiff,

          - against -

METLIFE, QUINN CHAN and LILY SHAO,

                    Defendants.
----------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

O R D E R

07 Civ. 8694 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

**SO ORDERED.**

Dated:   New York, New York
         June 30, 2008

                                   _____
                                   NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Marian MH Chow
151-29 18th Avenue
Whitestone, NY 11357

Adriana S. Cires, Esq.
350 Fifth Avenue, Suite 1825W
New York, NY 10118-1896

Stephen E. Tisman, Esq.
Margolis & Tisman LLP
280 Madison Avenue, 5th floor
New York, NY 10016